No. 501, Misc. BRYANT v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari de-

nied. *W. Bradley Ward* and *Edwin P. Rome* for petitioner. *Colbert C. McClain* for respondent.